In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00129-CR
_____

EX PARTE PATRICK OTTO BAKER

_____

On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 12-01-00528 CR

_____

MEMORANDUM OPINION

Patrick Otto Baker has filed a motion to dismiss his appeal from an order denying a writ of habeas corpus seeking bail pending appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

1

_____
HOLLIS HORTON
Justice

Opinion Delivered May 15, 2013
Do Not Publish
Before McKeithen, C.J., Gaultney and Horton, JJ.